**FILED**
APR 16 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Mag. Case No. '08 MJ 8326 |
| Plaintiff, | ) COMPLAINT FOR VIOLATION OF: |
| v. | ) Title 8, U.S.C., Section 1324 (a)(1)(A)(ii) |
| Jesús FUENTES-Reyes, | ) Illegal Transportation of Aliens |
| Defendant. | ) |

The undersigned complainant, being duly sworn, states:

On or about April 14, 2008, within the Southern District of California, defendant Jesus FUENTES-Reyes with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that aliens, namely, Gualberto VELASQUEZ-Hernandez, Jose Luis PALOMARES-Lorenzo, and Mario ARUIJO-Gonzalez, had come to, entered and remained in the United States in violation of law, and did transport and move said aliens within the United States in furtherance of such violation of law, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii).

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

_____
MARCO A. MIRANDA
Senior Patrol Agent

SWORN TO BEFORE AND SUBSCRIBED IN MY PRESENCE THIS 15th DAY OF APRIL 2008.

_____
PETER C. LEWIS
United States Magistrate Judge

Page 1

UNITED STATES OF AMERICA
        v.
Juan FUENTES-Reyes

## STATEMENT OF FACTS

The complainant states that this complaint is based upon statements in the investigative reports by the apprehending agents, M. Sandoval, J. Wong, and A. Troncale, that on April 14, 2008, the defendant, Juan FUENTES-Reyes (FUENTES-Reyes), an illegal alien, was apprehended in Calexico, California, as the driver of a gold 1969 Ford C-700, as he smuggled fifteen (15) undocumented aliens from Mexico, in violation of law.

On April 14, 2008, at approximately 5:00 p.m., a Remote Video Surveillance Systems (RVSS) operator was conducting surveillance east of the Calexico, California, east port of entry. The RVSS operator observed several suspected illegal aliens used a raft to cross the All American Canal and enter the United States from Mexico.

Approximately forty minutes later, the RVSS operator observed a red commercial truck stop on the canal bank and the suspected illegal aliens boarded the truck's rear cargo bed. Agent Sandoval responded to the area and observed the red truck stopped east of the Calexico east port of entry. Agent Wong also responded to the area, and observed a single male occupant wearing a white polo shirt with blue horizontal stripes and a red baseball cap driving the truck.

Agents Sandoval and Wong followed the truck as it drove on several field roads. The truck proceeded into the Wal-Mart parking lot. The driver exited the truck leaving it in drive and fled into the Calexico Wal-Mart. Agent Troncole was able to locate the driver, later identified as Jesus FUENTES-Reyes, inside a restroom of the Calexico Wal-Mart.

Agent Troncale identified himself as a United States Border Patrol Agent and questioned him as to his citizenship. FUENTES-Reyes claimed to be a citizen of Mexico without any immigration documents to live, work, or remain in the United States legally.

Agent Sandoval identified herself as a United States Border Patrol Agent and questioned the fifteen suspected illegal aliens still in the bed of the truck as to their citizenship. All fifteen subjects admitted to being citizens and nationals of Mexico without any immigration documents that would allow them to be in, live, or work in the United States legally.

Agent M. Sandoval advised FUENTES-Reyes of his Miranda rights. FUENTES-Reyes acknowledged understanding his rights and he was willing to answer questions without an attorney present. FUENTES-Reyes admitted to smuggling illegal aliens for money and being the driver of the truck. FUENTES-Reyes told agents he is a citizen of Mexico. FUENTES-Reyes stated he entered the United States by crossing an unknown river. FUENTES-Reyes stated he was going to be paid $200.00 per person if he drove the truck to a store. FUENTES-Reyes stated he followed another vehicle to where he was going to pick up the illegal aliens. FUENTES-Reyes said he stopped where the illegal aliens were and waited for them to board the truck. FUENTES-Reyes also stated while driving the truck he was being instructed via a walkie talkie on where to drive. FUENTES-Reyes stated while he was driving, he was aware Border Patrol was following him, but was instructed not to stop and continue driving to a store.

Material Witnesses, Gualberto VELAZQUEZ-Hernandez, Jose Luis PALOMARES-Lorenzo, and Mario ARGUIJO-Gonzalez stated they are citizens of Mexico and illegally in the United States. VELAZQUEZ-Hernandez stated that he made arrangements in Mexicali to be smuggled into the United States for a fee of $2,000.00. PALOMARES-Lorenzo stated his sister made arrangements with an unknown smuggler for him to be smuggled into the United States for a fee of $2,500.00. ARUIJO-Gonzalez stated he met with an unknown man who offered to smuggle him into the United States for a fee of $2,000.00. All three subjects stated they crossed the United States/Mexico International border illegally by boarding a raft and rafting across a canal into the United States.

Material Witnesses Gualberto VELAZQUEZ-Hernandez, Jose Luis PALOMARES-Lorenzo, and Mario ARGUIJO-Gonzalez were shown a six photo line up and were unable to identify anyone in the line up.

//
//
//
//
//

The complainant states that the names of the Material Witnesses are as follows:

| NAME | PLACE OF BIRTH |
|---|---|
| Gualberto VELAZQUEZ-Hernandez | Mexico |
| Jose Luis PALOMARES-Lorenzo | Mexico |
| Mario ARGUIJO-Gonzalez | Mexico |

Further, complainant states that Gualberto VELAZQUEZ-Hernandez, Jose Luis PALOMARES-Lorenzo, and Mario ARGUIJO-Gonzalez, are citizens of a country other than the United States, that said aliens have admitted they are deportable, that their testimony is material, that it is impracticable to secure their attendance at the trial by subpoena, and that they are material witnesses in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.