UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA    2008 APR 23 A 10:00

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff<br><br>vs.<br><br>Jesus Fuentes Reyes<br>Defendant(s) | CRIMINAL NO. 08mj8326<br><br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. |

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (**Bond Posted** / Case Disposed / Order of Court).

Gualberto Velasquez-Hernandez

DATED: 4-23-08

**JAN M. ADLER**

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
            DUSM

OR

W. SAMUEL HAMRICK, JR.   Clerk

by  Rhea R. Rhone
                **Deputy Clerk**