UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

RECEIVED
U.S. MARSHAL
SOUTHERN DISTRICT OF
CALIFORNIA
2008 APR 24  P 12:40

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br>Plaintiff <br><br>vs. <br><br>Jesus Fuentes Reyes <br><br>Defendant(s) | CRIMINAL NO. 08mj8326 <br><br>ORDER <br><br>RELEASING MATERIAL WITNESS <br><br>Booking No. |

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (**Bond Posted** / Case Disposed / Order of Court).

Mario Argijo Gonzalez

DATED: 4-24-08

**JAN M. ADLER**

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
DUSM

OR

W. SAMUEL HAMRICK, JR.   Clerk

by Rhea S. Rhone
Deputy Clerk

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

☆ U.S. GPO: 2003-581-774/70082