## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> Plaintiff ) <br> ) <br> vs. ) <br> ) <br> Jesus Fuentes-Reyes ) <br> Defendant(s) ) | CRIMINAL NO. 08CR1443-W0H <br> 08mj8326 <br> ORDER <br> RELEASING MATERIAL WITNESS <br> Booking No. 06221298 <br> ICJ# 884234 <br> 88638742 |

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / **Order of Court**).

Gualberto Velasquez-Hernandez

DATED: 5/7/08

RECEIVED _____
DUSM

ANTHONY J. BATTAGLIA
UNITED STATES DISTRICT/MAGISTRATE JUDGE

OR

W. SAMUEL HAMRICK, JR.  Clerk

by E. Flores
Deputy Clerk