UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff )<br>)<br>vs. )<br>)<br>)<br>Jesus Fuentes-Reyes )<br>Defendant(s) )<br>) | CRIMINAL NO. 08CR1443 WQH<br>ORDER 08mj8326<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. 06219298<br>CJ# 884233<br>A# 89268251 |

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody:   (Bond Posted / Case Disposed /(Order of Court)).

Mario Aiuijo-Gonzalez

DATED: 5/7/08

RECEIVED _____
        DUSM

ANTHONY J. BATTAGLIA
UNITED STATES DISTRICT/MAGISTRATE JUDGE

OR

W. SAMUEL HAMRICK, JR.   Clerk

by _J. Flores_
        Deputy Clerk